<u>CRIMINAL JURY TRIAL</u>

CRIMINAL CASE NO.   <u>CR-24-311</u>  -F                    DATE  <u>1-13-2025</u>

STYLE:  UNITED STATES v.  <u>BREON MONTE BELLAMY</u>

PROCEEDINGS:    JURY SELECTION and JURY TRIAL

COMMENCED  <u>9:20</u>      ENDED  <u>9:30</u>
COMMENCED  <u>10:25</u>     ENDED  <u>12:05</u>
                                                    TOTAL TIME:  <u>5</u>  Hrs.  <u>30</u>  Mins.
COMMENCED  <u>1:25</u>      ENDED  <u>5:05</u>

JUDGE <u>Stephen P. Friot</u>          DEPUTY CLERK <u>Lori Gray</u>      REPORTER <u>Tracy Thompson</u>

Plf counsel         <u>Kaleigh Blackwell, Elizabeth Joynes</u>

Dft counsel         <u>Sammy Duncan, Laura Neal</u>

Enter:      Dft appears in person.

Outside the hearing of the jury, defense counsel makes a record of difficulties defense counsel has had over the past few days in being able to see the dft.

Regarding United States' Motion in Limine Regarding the Testimony of Deputy Jim Peek (doc. no. 90), defense counsel requests to be able to address the motion in open court and requests that the motion be addressed before the government rests its case in chief.

Jury panel is brought into the courtroom.

Parties announce ready.     Court reads Superseding Indictment.

Jury duly empaneled.     Jury sworn.     Court gives jury a preliminary instruction.

Rule invoked on mtn of plf.

Plf - Dft make opening statements.

Plf presents case in chief with testimony of witnesses.

Plf's exhibits admitted:  1, 3-6, 10, 20

Dft's exhibits admitted:  22-28

Court adjourns to 1-14-2025 at 9:00 AM.

CASE NO. <u>  CR-24-311         </u>-F    DEPUTY <u>Lori Gray</u>    JUDGE <u>Stephen P. Friot</u>    DATE <u>    1-13-2025    </u>

<u>WITNESSES FOR PLAINTIFF</u>                                        <u>WITNESSES FOR DEFENDANT</u>

1. <u>Reecy Bench (sworn)                        </u>            1. <u>                                                          </u>