CRIMINAL JURY TRIAL

CRIMINAL CASE NO.    CR-24-311    -F                                DATE    1-15-2025

STYLE: UNITED STATES v.    BREON MONTE BELLAMY

PROCEEDINGS:    FURTHER JURY TRIAL

COMMENCED    9:00        ENDED    11:55
                                                                    TOTAL TIME:    3    Hrs.    55    Mins.
COMMENCED    1:00        ENDED    1:15
COMMENCED    1:30        ENDED    2:10
COMMENCED    2:30        ENDED    2:35

JUDGE Stephen P. Friot            DEPUTY CLERK Lori Gray            REPORTER Tracy Thompson

Plf counsel        Kaleigh Blackwell, Elizabeth Joynes

Dft counsel        Sammy Duncan, Laura Neal

Enter:    Dft appears in person.

Plf continues case in chief with testimony of witnesses.

Outside the hearing of the jury, based on representations of counsel, the United States' Motion in Limine Regarding the Testimony of Deputy Jim Peek (doc. no. 90) is STRICKEN as MOOT.

Plf rests.

Dft presents case in chief with testimony of one witness.

Dft's exhibits admitted:    40 (only entries 36779-36806)

Outside the hearing of the jury, dft's Rule 29 mtn for judgment of acquittal is RESERVED FOR RULING until a later stage.

Outside the hearing of the jury, the court discusses the jury instructions with counsel.

Dft rests.

Plf presents rebuttal evidence with testimony of one witness and rests.

Parties rest.    The jury is excused for the remainder of the day.

Outside the hearing of the jury, the parties make their Rule 30 record on the jury instructions.

The parties will have 20 minutes per side for closing arguments, with the govt's time divided 22-8.

Dft's renewed Rule 29 mtn for judgment of acquittal is RESERVED FOR RULING until a later stage.

Court adjourns to 1-16-2025 at 9:00 AM.

CASE NO.   CR-24-311   -F         DEPUTY Lori Gray         JUDGE Stephen P. Friot         DATE   1-15-2025

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Dr. Jason Beaman (sworn) | 1. Jacee Bench (sworn) |
| 2. Reecy Bench, rebuttal (sworn) | 2. |