# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>BREON MONTE BELLAMY, )<br>  )<br>  Defendant. ) | Case No. CR-24-311-F |

## VERDICTS

We, the jury, being duly sworn and upon our oaths, unanimously find as follows with respect to the crimes charged in the Superseding Indictment against the defendant, BREON MONTE BELLAMY:

**Count 1 – Distribution of Fentanyl Resulting in Death:**

**Line 1 A:** Not Guilty __X__      Guilty _____

*(If, on Line 1 A, above, you found the defendant not guilty on Count 1 – Distribution of Fentanyl Resulting in Death, or if, after reasonable efforts, you were unable to agree on a verdict as to that offense, then you must determine whether the defendant is not guilty, or guilty, on the lesser included offense of Distribution of Fentanyl; in that event, you will set out below, in Line 1 B, your determination on the lesser included offense.*

*If, on the other hand, you found the defendant guilty on Count 1 – Distribution of Fentanyl Resulting in Death (Line 1 A, above), then you will make no finding on the lesser included offense of Distribution of Fentanyl, and leave Line 1 B, below, blank.)*

1

**Lesser Included Offense – Distribution of Fentanyl:**

    **Line 1 B:**    Not Guilty _____        Guilty __X__

..................................................................................

**Count 2 – Drug Conspiracy Resulting in Death:**

    **Line 2 A:**    Not Guilty __X__        Guilty _____

*(If, on Line 2 A, above, you found the defendant not guilty on Count 2 – Drug Conspiracy Resulting in Death, or if, after reasonable efforts, you were unable to agree on a verdict as to that offense, then you must determine whether the defendant is not guilty, or guilty, on the lesser included offense of Drug Conspiracy; in that event, you will set out below, in Line 2 B, your determination on the lesser included offense.*

*If, on the other hand, you found the defendant guilty on Count 2 – Drug Conspiracy Resulting in Death, then you will make no finding on the lesser included offense of Drug Conspiracy, and leave Line 2 B, below, blank.)*

**Lesser Included Offense – Drug Conspiracy:**

    **Line 2 B:**    Not Guilty _____        Guilty __X__

..................................................................................

                                **Date and Signature**

_Jan 16, 2025_                   _[signature]_
**DATE**                           **FOREPERSON**